1  MICHAEL L. CROWLEY (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, CA 92101
3  (619) 444-8808

4  Attorney for Defendant

FILED

2006 SEP 15  AM 8:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> PEDRO ALANIS-ESPINOZA, ) <br> Defendant. ) | Case No.: 06mg1189/06CR1635-LAB <br><br> ORDER FOR PRODUCTION OF IMMIGRATION FILE |

On September 5, 2006, Defendant, PEDRO ALANIS-ESPINOZA, by and through his attorney of record, Michael L. Crowley appeared before this court and explained the difficulties in obtaining Mr. ALANIS' immigration file (A#93 144 522). Defense counsel provided the proper request forms to the immigration court in El Centro on September 1, 2006. On September 5, 2006 defense counsel's investigator was told that the file would be overnighted from Perris, California to El Centro Immigration Court. As of September 12, 2006 the file is still not available for defense counsel to view; therefore defense counsel asks the court to order the production of the immigration file of Mr. ALANIS be produced withing two weeks from the date of this order.

/ / /

/ / /

/ / /

1   The defense has been in contact with Dave Dixon, the clerk supervisor who has
2   advised counsel that he would be the appropriate person to serve a court order for the
3   production of the file.

5   DATED: September 13, 2006

Michael L. Crowley, Esq.
Attorney for Defendant
PEDRO ALANIS-ESPINOZA

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

DATED: 9-13-06

Honorable Larry A. Burns
Judge, United States District Court

M:\WP\CRIM\FEDERAL\Alanis-Espinoza, Pedro - order re imm file.wpd